DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

TURNER v. INVESTMENT CO.

No. 113 PC.

Case below: 32 N.C. App. 565.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 June 1977.

UTILITIES COMM. v. EDMISTEN, ATTY. GENERAL

No. 132 PC.

Case below: 32 N.C. App. 787.

Petition by Attorney General for discretionary review under G.S. 7A-31 and notice of appeal allowed 13 June 1977.

UTILITIES COMM. v. SIMPSON

No. 110 PC.

Case below: 32 N.C. App. 543.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 13 June 1977.

WATERS v. PERSONNEL, INC.

No. 111 PC.

Case below: 32 N.C. App. 548.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 13 June 1977.

WILLIAMS v. INSURANCE REPAIR SPECIALISTS

No. 73 PC.

Case below: 32 N.C. App. 235.

Petition by defendants for discretionary review under G.S. 7A-31 denied 13 June 1977.